IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

US Bank N.A as trustee, for the registered holders
of CSMC Asset-Backed Trust 2007-NC1 OSI,
CSMC Asset-Backed Pass-Through Certificates,   CASE NUMBER: 1:11-cv-313
Series 2007-NC1 OSI

                        PLAINTIFF

                      VS.             DISTRICT JUDGE: Ruben Castillo

Wankee Veal,                            MAGISTRATE JUDGE: Jeffrey T. Gilbert

                      DEFENDANT(S).

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

       Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Dated: April 4, 2011

                                                Respectfully submitted,

                                                By:    /s/ James N. Pappas

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313